# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Marsha B.,

                    Plaintiff,          Case No. 25-13017

v.                                      Judith E. Levy
                                        United States District Judge
Commissioner of Social Security,

                    Defendant.          Mag. Judge Patricia T. Morris

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [14], GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [7], AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [12]

This is a Social Security appeal. On June 16, 2026, Magistrate Judge Patricia T. Morris issued a Report and Recommendation (ECF No. 14) recommending the Court grant in part Plaintiff's motion for summary judgment (ECF No. 7) and deny Defendant's motion for summary judgment. (ECF No. 12.)

The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed

the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 14) is ADOPTED;

Plaintiff's motion for summary judgment (ECF No. 7) is GRANTED IN PART;

Defendant's motion for summary judgment (ECF No. 12) is DENIED;

The final decision of the Administrative Law Judge is VACATED; and,

This case is hereby REMANDED for further proceedings consistent with the report and recommendation.[1]

IT IS SO ORDERED.

Dated: July 1, 2026  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 1, 2026.

s/Richard Thieme
RICHARD THIEME
Case Manager
